# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br><br>DANIEL ROSADO<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>19-MJ-1150-DLC |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 1, 2019__ in the county of __Middlesex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a)(d) | By force, violence and intimidation, did take money, belonging to and in the custody of FDIC insured Middlesex Federal Savings Bank, and did assault and put in jeopardy the life of another by using a dangerous weapon; |
| 18 U.S.C. § 924(c)(1)(A)(ii) and (iii) | Knowingly used, carried, possessed, brandished and discharged a firearm, to wit a Webley Mark IV .38 cal revolver, during and in relation to a crime of violence (to wit: armed bank robbery); and, |
| 18 U.S.C. § 922(g)(1) | Knowingly possessed a firearm after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year. |

This criminal complaint is based on these facts:
See attached Affidavit of John Oliveira, FBI Task Force Officer

☑ Continued on the attached sheet.

*Complainant's signature*

John Oliveira, FBI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/22/2019

*Judge's signature*

City and state:   Boston, Massachusetts   Honorable Donald L. Cabell, U.S. Magistrate Judge
*Printed name and title*