AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DANIEL ROSADO | ) Case No. | 19-MJ-1150-DLC |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DANIEL ROSADO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Armed Bank Robbery, in violation of 18 U.S.C.§ 2113(a) and (d);

Brandishing and Discharging a Firearm During a Crime of Violence (to wit: armed bank robbery), in violation of 18 U.S.C. § 924(c)(1)(A)(ii) and (iii);

Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1).

Date: 05/22/2019

*Issuing officer's signature*

City and state: Boston, MA

Hon. Donald L. Cabell, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*